UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 6, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD DAVID HEMSLEY,<br><br>Defendant. | Case No. 2:13-cr-00300-GEB-3<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RICHARD DAVID HEMSLEY Case No. 2:13-cr-00300-GEB-3 Charge 21 USC § 846 and § 841(a)(1) from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 50,000.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Pretrial Release conditions as stated on the record in open court.

Issued at Sacramento, California on January 6, 2014 at 2:00 PM

By: _Dale A. Drozd_

Magistrate Judge Dale A. Drozd