**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Richard Hemsley

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. Cr.S-13-300 GEB |
| | ) | |
| Plaintiff | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO SET EVIDENTIARY HEARING |
| v. | ) | |
| | ) | |
| RICHARD DAVID HEMSLEY | ) | |
| | ) | |
| Defendant | ) | |

   Pursuant to the Court's order (ECF No. 140), the government and Defendant Richard David Hemsley submit that an evidentiary hearing would be appropriate for the Court to make the necessary fact-finding relevant to the issue of whether Mr. Hemsley was in custody at the time he was interviewed by law enforcement. The factual issues to be resolved include:

  1. The manner in which law enforcement agents arrived at the Storksbill Road property and the number of law enforcement vehicles and agents.

  2. The manner in which Mr. Hemsley was initially detained as

1

    the agents began their search of his person and the property.

3. Whether Mr. Hemsley was prevented from contacting his family.
4. Whether law enforcement took any actions to separate the defendants from each other.
5. Whether there were any physical restraints or verbal threats to Mr. Hemsley after the handcuffs were removed and before the beginning of the interview.
6. Whether Mr. Hemsley was told he was not under arrest and he could terminate the interview at any time he wanted.

In order to narrow the scope of the evidentiary hearing, the government and Mr. Hemsley stipulate to the following facts:

1. The Storksbill Road property was not Mr. Hemsley's home, but he worked there and stayed overnight on occasion.
2. Mr. Hemsley was detained during the initial phase of the execution of the search warrant.
3. Before the interview, law enforcement removed the handcuffs on Mr. Hemsley.
4. At no time was Mr. Hemsley told that he was free to leave or advised that he had a right to counsel during the interview.

Dated: December 18, 2015          Respectfully submitted,

/s Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant

Respectfully submitted,

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
SAMUEL WONG
Assistant United States Attorneys


[PROPOSED] ORDER

    The Court orders that an evidentiary hearing be held on January 8, 2016 at 10am.

    Dated:  December 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge