Sandra Gillies

SBN 88665

P.O. Box 1515

Woodland, CA 95776

(530)666-1908

Sandra-gillies@outlook.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>Richard D. Hemsley,<br><br>        Defendant. | 2: 13-cr-00300 GEB<br><br>**REQUEST AND [PROPOSED] ORDER FOR APPOINTMENT OF COUNSEL FOR APPEAL OF DENIAL OF MOTION TO SET ASIDE DETENTION ORDER** |

On November 8, 2017, this Court denied Mr. Hemsley's motion to set aside the detention order. Mr. Hemsley wishes to appeal this denial, but trial counsel, David Fischer, does not wish to handle the appeal. The Federal Defender's Office has contacted Sandra Gillies, who currently represents Mr. Hemsley on appeal from the denial of his motion for evidentiary hearing under *United States v. McIntosh*, 833 F.3d 1163 (9th Cir. 2016) and she is agreeable to representing Mr. Hemsley on this additional appeal.

/////

/////

/////

1

GOOD CAUSE APPEARING pursuant to the Criminal Justice Act, the Court appoints Sandra Gillies to represent Richard Hemsley on the appeal from the denial of the motion to set aside the detention order.

Attorney David Fischer will not handle the appeal but will remain counsel of record for all ensuing matters in the district court, including status conferences, evidentiary hearing, and trial.

Dated: November 13, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge