UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN MAHAN, ET AL.,<br><br>    Defendants. | No. 2:13-cr-300-GEB<br><br>ORDER STRIKING AND DISREGARDING CERTAIN OF DEFENDANT RICHARD HEMSLEY'S FILINGS |
|---|---|

        The United States of America moves for an order striking and disregarding "defendant Richard Hemsley's two pro se motions that he filed while still represented by court-appointed defense counsel, David Fischer, Esq." Pltf's Mot at 1:21-22, ECF No. 392. Specifically, the United States seeks to have stricken the following: "(1) Hemsley's 'Demurrer Motion to Dismiss' filed on March 12, 2018, (ECF Document 378) . . . and (2) Hemsley's 'Petition Motion Resolution Replevin' filed April 2, 2018 (ECF Document 387)." Id. at 1:23-25. The United States argues it "makes this motion to strike on the grounds that this Court need not, and should not, consider Hemsley's improperly noticed pro se motions that were filed during the time he was represented by counsel." Id. 2:9-11.

        "The decision to allow a defendant to proceed with . . . hybrid representation is . . . left to the sound discretion of the trial judge." Locks v. Sumner, 703 F.2d 403, 408 (9th Cir. 1983). A criminal defendant represented by counsel has no

right to act as his own co-counsel in such matters, because a federal judge is not "require[d] . . . to permit 'hybrid' representation of the type [Hemsley] was actually [engaged]." <u>McKaskle v. Wiggins</u>, 465 U.S. 168, 183 (1984). Therefore, Hemsley's "Demurrer Motion to Dismiss" filed on March 12, 2018, (ECF Document 378) and Hemsley's "Petition Motion Resolution Replevin" filed April 2, 2018 (ECF Document 387) are stricken and disregarded.

Dated: May 2, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge