UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN MAHAN, ET AL.,<br><br>    Defendants. | No.  2:13-cr-300-GEB<br><br>**ORDER DENYING PRO SE DEFENDANT RICHARD HEMSLEY'S RECONSIDEARTION OF PRE-TRIAL DETENTION DECISION** |

On June 28, 2018, Pro se Defendant Richard Hemsley essentially moves for reconsideration of the denial of his request to end his pretrial detention. However, Hemsley has provided no changed circumstances warranting reconsideration of the pretrial detention decision. Therefore, the motion is denied.

Dated: July 3, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1