**FILED**

JUL 2 0 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:13-cr-00300 |
| Plaintiff, | |
| v. | **ORDER RELEASING PERSON IN CUSTODY AND IMPOSING ON RELEASED PERSON PREVIOUSLY IMPOSED AMENDED CONDITIONS OF RELEASE** |
| RICHARD DAVID HEMSLEY, | |
| Defendant. | |

Defendant Richard David Hemsley shall be released from custody as soon as feasible today.

Further Richard David Hemsley shall report to the Pretrial Services Agency in the federal court house in this division of the district on or before 3:00 p.m. on July 23, 2018, and shall comply with the following previously imposed amended conditions of release filed on July 18, 2016 as document 253 (condition 11 has been modified since Mr. Hemsley is now proceeding in propria persona):

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

1

File copy - 2 copies served on USM
in court

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You shall not obtain a passport or other travel documents during the pendency of this case;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

10. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the

2

1    pretrial services officer;

2    11. You shall not associate or have any contact with co-

3        defendants unless in the presence of said co-

4        defendant's counsel or otherwise approved in advance by

5        the pretrial services officer; and,

6    12. You shall report any contact with law enforcement to

7        your pretrial services officer within 24 hours.

8

9    The Clerk of Court shall serve a copy of this order on

10   the Pretrial Services Agency.

11   Dated:   July 20, 2018

12

13

14                          GARLAND E. BURRELL, JR.

15                          Senior United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28